An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RALPH CONTI TRUST, A NEVADA TRUST; RACONTI LIMITED LIABILITY LIMITED PARTNERSHIP, A NEVADA LIMITED LIABILITY LIMITED PARTNERSHIP; RALPH CONTI, M.D.; AN INDIVIDUAL; AND FOOTHILL PEDIATRICS, LLC, A NEVADA LIMITED LIABILITY COMPANY, Appellants, vs. MICHAEL ROSENMAN, M.D., AN INDIVIDUAL, Respondent. | No. 59163 |

**FILED**

**JUL 2 6 2013**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 60354

RALPH CONTI TRUST, A NEVADA TRUST; RACONTI LIMITED LIABILITY LIMITED PARTNERSHIP, A NEVADA LIMITED LIABILITY LIMITED PARTNERSHIP; RALPH CONTI, M.D., AN INDIVIDUAL; AND FOOTHILL PEDIATRICS, LLC, A NEVADA LIMITED LIABILITY COMPANY Appellants, vs. MICHAEL ROSENMAN, M.D., AN INDIVIDUAL, Respondent.

## ORDER DISMISSING APPEAL

Having considered the parties' stipulation to dismiss and subsequent clarification of the stipulation, we approve the stipulation. Accordingly, we order these appeals dismissed.

It is so ORDERED.

_Pickering_, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-22165

cc:    Hon. Gloria Sturman, District Judge
        Robert F. Saint-Aubin, Settlement Judge
        Pico Rosenberger
        Pecos Law Group
        Muije & Varricchio
        Nutile Pitz & Associates
        Eighth District Court Clerk